No. 1160, Misc.   CAGLE *v.* CICCONE, U. S. MEDICAL CENTER DIRECTOR.   C. A. 8th Cir.   Certiorari denied.

No. 1233, Misc.   SEWARD *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1242, Misc.   MINK *v.* HARRISON, CORRECTIONS DIRECTOR.   C. A. 6th Cir.   Certiorari denied.

No. 1257, Misc.   FLEMMING *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied. *Earl Faircloth,* Attorney General of Florida, and *Charles W. Musgrove,* Assistant Attorney General, for respondent.

No. 1276, Misc.   PERGOLIZZI ET AL. *v.* NEW JERSEY. Super. Ct. N. J.   Certiorari denied.

No. 11, Misc.   HADEN *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Solicitor General Griswold, Assistant Attorney General Vinson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 20, Misc.   SMITH *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.   *Frederic A. Johnson* and *Rudolph Lion Zalowitz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.